

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Raul Sanchez Bueno, also known as Raul Bueno Sanchez

**Civil Action No.** <u>25-cv-2509-AGS-MMP</u>

**Plaintiff,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The amended petition for habeas corpus (ECF 11 ) is granted. This case is hereby closed.

**Date:** <u>        2/5/26        </u>

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler <u>                    </u>

B. Chandler, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>25-cv-2509-AGS-MMP</u>

Respondents:

Gregory J. Archambeault,
San Diego Field Office Director, Immigration Removal Operations (ICE/ERO);

Todd Lyons,
Acting Director of Immigration Customs Enforcement Requested (ICE);

U.S. Immigration and Customs Enforcement;

Kristi Noem,
Secretary of the Department of Homeland Security;

Pamela Bondi,
Attorney General of the United States